FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUL 29 PM 3: 45

LORETTA G. WHYTE
        CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CATHRYN GREEN** | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER 97-1869 |
| | * | |
| THE ADMINISTRATORS OF THE TULANE | * | SECTION "R" K |
| EDUCATIONAL FUND, TULANE UNIVERSITY | * | |
| HOSPITAL & CLINIC, TULANE UNIVERSITY | * | MAGISTRATE (5) |
| SCHOOL OF MEDICINE and | * | |
| DONALD R. RICHARDSON, M.D. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## SATISFACTION OF JUDGMENT

WHEREAS, on December 8, 1999, a Judgment was rendered in favor of Plaintiff, Cathryn Green (hereinafter "Green"), and against the Defendant, The Administrators of the Tulane Educational Fund (hereinafter "Tulane"), in the above entitled action; and

WHEREAS, said Judgment was rendered on a jury verdict "in the amount of $300,000 in compensatory damages, $124,726 in back pay, and $4,287 in front pay", with prejudgment interest on the back pay award and legal interest from the date of judgment, along with attorneys' fees and costs;

WHEREAS, on August 8, 2000, Judgment was entered in favor of Green awarding attorneys' fees in the amount of $302,285.00; and

WHEREAS, on August 18, 2000 and October 11, 2000, Green was awarded $28,929.29

569961_1

and $98.00 in costs, respectively; and

WHEREAS, on March 15, 2002, the United States Court of Appeals for the Fifth Circuit affirmed the Judgment of the District Court and thereafter, on June 26, 2002, awarded Green attorneys fees and costs related to the appeal in the amounts of $75,982.88 and $1,522.53, respectively; and

WHEREAS, all aforesaid Judgments, including interest and attorneys fees and costs, has now been satisfied and plaintiff, Cathryn Green, through undersigned counsel, agrees and acknowledges that no other sums are owed by Tulane on the Judgments, including but not limited to additional lost wages or benefits of any kind, damages of any kind, attorneys' fees, costs, interest, or any other form of compensation or consideration.

THEREFORE, satisfaction of the Judgment is hereby acknowledged and the Clerk of Court is hereby authorized and directed to cancel and discharge same and to return or cancel the supersedeas bonds issued by Reliance Insurance Co. (Bond No. B2970358) and Continental Casualty Co. (Bond No. 929168460) posted by Tulane in the amounts of $514,815.60 and $397,457.15, respectively.

Dated this 26 day of July, 2002.

**DEUTSCH, KERRIGAN & STILES**

_____
JUDY L. BURNTHORN (#17496)
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
**Attorney for Cathryn Green**

569961_1

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26 day of July, 2002, served a copy of the foregoing Satisfaction of Judgment on counsel for defendant, by hand.

_____

569961_1